UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NAPOLEON PEDRAZA, | ) | No.  SACV 13 - 1847 CW |
| | ) | |
| Plaintiff, | ) | <u>ORDER AWARDING EAJA FEES</u> |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND ONE HUNDRED FIFTY DOLLARS AND 00/100 ($2,150.00) subject to the terms of the stipulation.

*Carla M. Woehrle*

DATE:  April 22, 2015

HON. CARLA M. WOEHRLE
UNITED STATES MAGISTRATE JUDGE

-1-